Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDEEP SHERGILL, MATHAVI VENKATESAN, SWATHI PEDDI, VENKATA YASESWINI MADHURI SURIVARAPU, PUJA PARIKH, NAGA BOBBILI, PAVANI KALLURU, DIVYA POTTI BALAJI, PRIYANKA BHATT, AYUSHI ARORA, RISHITHA KUNAPARAJU, SHASHANK KHANDELWAL, HARINI SEKAR, ZEBA KHATIB, MARTYNA SZABADI,<br><br>  Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security,<br><br>  Defendant. | Case No. 21-cv-1296-RSM<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration: November 15, 2021 |

The Parties provide NOTICE that the claims in this litigation have been resolved pursuant to a settlement agreement. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the settlement agreement, the Parties, through undersigned counsel,

STIPULATED MOTION TO DISMISS- 1
NO. 21-cv-1296-RSM

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 | STIPULATE and AGREE to voluntary dismissal of this action with prejudice.

2 | DATED: November 15, 2021

3 | *s/ Kripa Upadhyay*
KRIPA UPADHYAY
4 | ORBIT LAW, PLLC
2459 152nd Avenue NE, Suite 17-2459
5 | Redmond, WA 98052
206-623-3352
6 | kripa@orbitlawpllc.com

7 | *s/ Jonathan D. Wasden*
JONATHAN D. WASDEN
8 | WASDEN BANIAS, LLC
38 Romney Street, Suite 201
9 | Charleston, SC 29403
(P) 843.410.9340
10 | (F) 703.842.8273
jdwasden@wasdenbanias.com
11 | *Admitted Pro Hac Vice*

12 |

13 | *s/ Jesse M. Bless*
JESSE M. BLESS
Director of Litigation
14 | American Immigration Lawyers Association
1331 G Street NW, Suite 300
15 | Washington, DC 2005
Phone: 202-507-7600
16 | Fax: 202-783-7853
jbless@aila.org
17 | *Admitted Pro Hac Vice*

18 | *s/ Steven A. Brown*
STEVEN A. BROWN
19 | REDDY & NEUMANN, P.C.
11000 Richmond Avenue, Suite 600
20 | Houston, Texas 77042
(713) 429-4793 Voice
21 | (713) 953-7797 Fax
steven@rnlawgroup.com
22 | *Admitted Pro Hac Vice*

23 | **Attorneys for Plaintiffs**

24 |

STIPULATED MOTION TO DISMISS- 2
NO.  21-cv-1296-RSM

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | |
|---|---|
| 1 | NICHOLAS W. BROWN |
| | United States Attorney |
| 2 | |
| | *s/ Michelle R. Lambert* |
| 3 | MICHELLE R. LAMBERT, NYS #4666657 |
| | Assistant United States Attorney |
| 4 | United States Attorney's Office |
| | 1201 Pacific Avenue, Suite 700 |
| 5 | Tacoma, WA 98402 |
| | Phone: 253-428-3824 |
| 6 | Fax: 253-428-3826 |
| | E-mail: michelle.lambert@usdoj.gov |
| 7 | |
| | ***Attorneys for Defendant*** |

STIPULATED MOTION TO DISMISS- 3
NO.  21-cv-1296-RSM

**ORDER**

It is so **ORDERED**. The case is dismissed with prejudice.

DATED this 18th day of November, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS- 4
NO.  21-cv-1296-RSM

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800